UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00539 JCH |
| ) | |
| CHARLES EDWARD STEWART, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's April 24, 2006, Motion to Reconsider [Doc. #10] this Court's Order of Detention entered on April 19, 2006. Finding probable cause to believe that Defendant violated the terms of his supervised release, the undersigned ordered that Defendant be detained pending a Final Supervised Release Revocation Hearing, which hearing is scheduled for **Friday, April 28, 2006**.

In support of his motion, Defendant asserts the need to move his possessions into a storage facility in advance of the final hearing. From discussions with the Pretrial Services Office, it is unclear whether Defendant has adequate transportation in place to assure his appearance in Court as required. Morever, the undersigned notes that it is premature to determine whether Defendant will necessarily need to place his possessions in storage, as we cannot know in advance of the final hearing what, if any, sentence the District Court may impose if a violation of Defendant's terms of supervised release is found. In the event Defendant is ordered to serve time in custody, Defendant can

presumably request that the District Judge delay his reporting date to permit him to get his affairs in order, which motion the District Judge may or may not grant.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider the April 19, 2006 Detention Order [Doc. #10] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of April, 2006.